THE PEOPLE OF THE STATE OF NEW YORK, Appellant,
*v.* PINCUS GREENSTEIN, Respondent.

*Crimes — failure to secure payment of compensation to an employee — insufficiency of evidence to show employment — judgment of conviction properly reversed.*

People v. *Greenstein*, 215 App. Div. 359, affirmed.

(Submitted April 6, 1926; decided May 4, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 29, 1926, which reversed a judgment of the Court of Special Sessions of the city of New York, convicting the defendant of the crime of failing to secure the payment of compensation to an employee and dismissed the information. The Appellate Division held that the People had failed to show employment by defendant of the injured workman.

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel), for appellant.

*Louis Horwitz* for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE and LEHMAN, JJ. Dissenting: POUND, J. Not voting: ANDREWS, J.